IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
EASTERN DIVISION

**REGENCY HOSPITAL COMPANY OF**
**MERIDIAN, LLC**                                                                                         **PLAINTIFF**

**VS.**                                                         **CIVIL ACTION NO.  4:04-CV-155-TSL-LRA**

**GILSBAR, INC., MEDCOM CARE**
**MANAGEMENT, INC., HINES &**
**ASSOCIATES, INC., AND C.F. BEAN, L.L.C.**                                          **DEFENDANTS**

## ORDER ALLOWING SUBSTITUTION OF EXHIBIT

THIS MATTER came before the Court on the motion of Gilsbar, Inc. (Gilsbar), one of the Defendants herein, for an order requesting the Court to remove Exhibit C to Gilsbar's Motion to Enforce Order [Docket #191], which contains the social security number of an individual, and allow Gilsbar to refile Exhibit C with the social security number redacted, and, the Court, having considered said motion, finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that the clerk of this court is authorized to and shall remove Exhibit C of Gilsbar's Motion to Enforce Order, which contains the social security number of an individual, and that Gilsbar shall be allowed to refile Exhibit C of said motion with the social security number redacted.

SO ORDERED, this the 16th day of February, 2007.

*s/Linda R. Anderson*
UNITED STATES MAGISTRATE JUDGE

Regency-Order re substitution_v1.WPD