IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
EASTERN DIVISION

REGENCY HOSPITAL COMPANY OF
MERIDIAN, LLC                                                                                    PLAINTIFF

VS.                                                       CIVIL ACTION NO. 4:04-CV-155-TSL-LRA

GILSBAR, INC., MEDCOM CARE
MANAGEMENT, INC., HINES &
ASSOCIATES, INC., AND C.F. BEAN, L.L.C.                                DEFENDANTS

**JUDGMENT OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come before the Court on the joint *ore tenus* motion of the Plaintiff, Regency Hospital Company of Meridian, LLC, and the Defendants, Gilsbar, Inc., MedCom Care Management, Inc., Hines & Associates, Inc., and C.F. Bean, LLC, to dismiss this cause, with prejudice, and the Court, being advised that the same has been compromised and settled to the satisfaction of all parties and that there remain no issues to be adjudicated or determined by the Court, finds that the same should be dismissed with prejudice in its entirety as to all parties and all claims.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and hereby is, dismissed with prejudice in its entirety, as to all parties and claims, with each party to bear its own costs.

SO ORDERED AND ADJUDGED, this the 24th day of   April   , 2007.


/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED:


s/ Thomas J. Kirkland, Jr
Thomas J. Kirkland, Jr., Esq. (MSB # 4181)
Andy Lowry, Esq. (MSB # 100782)
COPELAND, COOK, TAYLOR & BUSH, P.A.
Post Office Box 6020
Ridgeland, Mississippi 39158

COUNSEL FOR PLAINTIFF REGENCY HOSPITAL OF MERIDIAN, LLC


s/ Steven H. Begley
Steven H. Begley (MSB # 2317)
Kelly D. Simpkins (MSB # 9028)
WELLS MARBLE & HURST, PLLC
Post Office Box 131
Jackson, Mississippi  39205-0131

COUNSEL FOR GILSBAR, INC. AND
MEDCOM CARE MANAGEMENT, INC.


s/ W. Davis Frye
W. Davis Frye, Esq. (MSB # 10671)
Bradley Moody, Esq. (MSB # 101628)
BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi 39211

COUNSEL FOR HINES & ASSOCIATES, INC.


s/ Jonathan S. Harbuck
Jonathan S. Harbuck, Esq. (MSB # 101877)
Elizabeth Pugh Odom, Esq. (LAB # 27044)
THE KULLMAN FIRM
A Professional Law Corporation
600 University Park Place, Suite 340
Birmingham, Alabama 35209

COUNSEL FOR C.F. BEAN, LLC